UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| SHAMSIDDEEN HATCHER, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:17-CV-69-JRG-MCLC |
| WAYNE ANDERSON and GREGG SIMCOX, | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum and Order this day passed to the Clerk for filing, this pro se former prisoner's civil rights lawsuit, filed under 42 U.S.C. § 1983, is **DISMISSED** for failure to state a claim entitling him to relief under the statute sued upon. Given that the Court has found that Plaintiff's claims are untimely, should he file a notice of appeal from this judgment, he is **DENIED** leave to appeal *in forma pauperis*, as the Court **FINDS** that any appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

**ENTER:**

                                s/J. RONNIE GREER
                                UNITED STATES DISTRICT JUDGE